## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Laura Lassandro Hosty

                                                   Plaintiff,

v.                                                                                    Case No.: 1:22−cv−02899
                                                                                     Honorable Nancy L. Maldonado

Sunrise Flossmoor Assisted Living, LLC

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2024:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed the parties' joint status report [43], which indicates that Plaintiff is in the middle of preparing a Petition to Settle Wrongful Death Cause of Action. By 04/09/24, parties should file the petition and send an accompanying proposed order to Proposed_Order_Maldonado@ilnd.uscourts.gov. In light of the parties' anticipated petition, the motion to dismiss [9] is denied without prejudice as moot.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.